AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>4731 E. Belleview Street, Phoenix, Arizona 85008. | Case No. 25-3375 MB |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before October 15, 2025 *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona.</u>

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: Oct. 1, 2025 @ 145p

Judge's signature: M Morrissey

City and state: Phoenix, Arizona

Honorable MICHAEL T. MORRISSEY, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

The property to be searched is a condominium within the Villa Verde complex located at 4731 E. Belleview Street, Phoenix, Arizona 85008 (the "Subject Premises"). The Subject Premises is at a multi-building complex with condominiums on two levels throughout and each building having four condominiums that are each individually addressed. 4731 is located on the second level having a white mailbox with the numbers "4731" at the base of the staircase leading to the front door. The building is painted tan in color with a white door that faces southwest with a black security screen door.






## ATTACHMENT B

### Property to be Seized

1. Any firearms, firearm accessories, or firearm cases;

2. Any firearm ammunition, cartridge casings, or projectiles;

3. Cellular telephones or any other electronic storage devices attributable to Jose Barriga;

4. Receipts, forms, and other documents related to the purchase or ownership of firearms and ammunition from February 1, 2025 to October 1, 2025;

5. Receipts or other evidence of transactions at Circle K or Shell Gas Stations or convenience stores from August 15, 2025 to October 1, 2025;

6. United States currency attributable to Jose Barriga;

7. Cash register drawers;

8. Any indicia of occupancy or ownership from on or between August 1, 2025 to October 1, 2025;

9. Clothing including, but not limited to:
    a. Black baseball hat;
    b. Red neck gaiter or pull-up mask;
    c. Dark-colored, long-sleeve, button-down shirt;
    d. Dark blue t-shirt;
    e. Black jeans;
    f. Black tennis shoes or sneakers;

10. Photographs in and around the Subject Premises.

AO 106 Application for a Search Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>4731 E. Belleview Street, Phoenix, Arizona 85008. | Case No. 25-3375MB |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**As further described in Attachment A**

located in the District of Arizona, there is now concealed:

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is:
☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 | Hobbs Act Robbery |
| 18 U.S.C. § 924(c) | Brandishing a Firearm During and in Relation to a Crime of Violence |

The application is based on these facts:

**See attached Affidavit of Task Force Officer Raymond Pauwels.**

☒ Continued on the attached sheet.
☐ Delayed notice of _30_ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA PATRICK E. CHAPMAN
*Patrick E. Chapman* Digitally signed by PATRICK CHAPMAN Date: 2025.10.01 09:38:21 -07'00'

Sworn to before me and signed in my presence.
Date: Oct. 1, 2025
City and state: Phoenix, Arizona

*Raymond Pauwels* Digitally signed by Raymond Pauwels Date: 2025.10.01 09:32:11 -07'00'
*Applicant's Signature*

TFO RAYMOND PAUWELS, FBI
*Printed name and title*

M Morrissey
*Judge's signature*

Honorable MICHAEL T. MORRISSEY, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

The property to be searched is a condominium within the Villa Verde complex located at 4731 E. Belleview Street, Phoenix, Arizona 85008 (the "Subject Premises"). The Subject Premises is at a multi-building complex with condominiums on two levels throughout and each building having four condominiums that are each individually addressed. 4731 is located on the second level having a white mailbox with the numbers "4731" at the base of the staircase leading to the front door. The building is painted tan in color with a white door that faces southwest with a black security screen door.






# ATTACHMENT B

## Property to be Seized

1. Any firearms, firearm accessories, or firearm cases;

2. Any firearm ammunition, cartridge casings, or projectiles;

3. Cellular telephones or any other electronic storage devices attributable to Jose Barriga;

4. Receipts, forms, and other documents related to the purchase or ownership of firearms and ammunition from February 1, 2025 to October 1, 2025;

5. Receipts or other evidence of transactions at Circle K or Shell Gas Stations or convenience stores from August 15, 2025 to October 1, 2025;

6. United States currency attributable to Jose Barriga;

7. Cash register drawers;

8. Any indicia of occupancy or ownership from on or between August 1, 2025 to October 1, 2025;

9. Clothing including, but not limited to:
    a. Black baseball hat;
    b. Red neck gaiter or pull-up mask;
    c. Dark-colored, long-sleeve, button-down shirt;
    d. Dark blue t-shirt;
    e. Black jeans;
    f. Black tennis shoes or sneakers;

10. Photographs in and around the Subject Premises.

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Task Force Officer Raymond Pauwels, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. Your Affiant ~~makes~~ this Affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search 4731 E. Belleview Street Phoenix, Arizona 85008 – the "Subject Premises" – as further described in Attachment A, in order to search for and seize the items outlined in Attachment B, which represent evidence, fruits, and/or instrumentalities of the criminal violations further described below.

2. I am a Detective with the City of Phoenix Police Department and a Task Force Officer with the Federal Bureau of Investigation's ("FBI") Bank Robbery/Violent Crimes Task Force (the "Task Force"). I have been an officer with the City of Phoenix for approximately 27 years, a Detective for 7 years, and assigned to the Task Force since May 2020. Prior to being assigned to the Task Force, I was assigned to the Violent Crimes Bureau/Robbery Unit with the Phoenix Police Department.

3. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth in this Affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1951, Hobbs Act Robbery, and 18 U.S.C. § 924(c), Brandishing a Firearm During and in Relation to a Crime of Violence have been committed by Jose BARRIGA. There is also probable cause to search the Subject Premises described in Attachment A for evidence of these crimes as further described in Attachment B.

### PROBABLE CAUSE

5. Your Affiant and investigators from Phoenix Police Department and FBI are investigating a series of convenience store robberies committed on August 20, 2025 and

August 21, 2025 in Phoenix. The robberies were committed by a single male suspect. The investigation has identified SUSPECT-1 as Jose BARRIGA. The robbery incidents are described below and involve nationally known businesses that sell goods in interstate commerce.

## Robbery #1 – August 20, 2025
### Circle K, 5350 N. 27th Avenue, Phoenix, Arizona

6. On August 20, 2025 at approximately 12:50 a.m., SUSPECT-1 entered the Circle K store at 5350 N. 27th Avenue in Phoenix wearing a black ballcap, red gaiter-style mask, dark-colored button-down, long-sleeve, collared shirt, black denim jeans, and black athletic shoes. SUSPECT-1 approached the victim cashier and produced a black semi-automatic handgun from the front of his pants, racked the slide, and pointed it at the victim who was behind the counter. SUSPECT-1 demanded the cash drawer from the register. The victim hesitated and SUSPECT-1 again demanded the cash tray. The victim complied and handed SUSPECT-1 the cash tray. SUSPECT-1 took the cash tray and exited the store, walking west on Missouri Avenue. SUSPECT-1 obtained $68 in cash from this robbery. SUSPECT-1 was described as a Hispanic male, 20-30 years old, six feet tall, approximately 200 pounds with a heavy build.

7. Surveillance video from Circle K shows SUSPECT-1 entering the store and immediately removing a black handgun from the front of his pants. The video shows SUSPECT-1 racking the slide and pointing the firearm at the victim employee. SUSPECT-1 then moves closer to the victim employee who hands SUSPECT-1 the cash tray. SUSPECT-1 then exits the store with the tray and currency out of camera view.

## Robbery #2 – August 21, 2025
### Shell Gas Station, 3502 W. Cactus Road, Phoenix, Arizona

8. On August 21, 2025 at approximately 2:30 a.m., SUSPECT-1 entered the Shell Gas Station located at 3502 W. Cactus Road in Phoenix wearing a black hat, red pull-up mask (victim's description), dark-colored long-sleeve shirt, black pants, and black shoes

with light-colored accents. SUSPECT-1 was holding a handgun when he entered the store. SUSPECT-1 approached the victim employee, pointed the handgun at him, and verbally demanded all the money from the cash drawer. SUSPECT-1 walked behind the sales counter as the victim employee complied and removed currency from the cash drawer. SUSPECT-1 then exited the store and fled on foot.

9. SUSPECT-1 was described as a Hispanic male, 30 years old, 5'9" to 5'10" tall, and approximately 160 pounds. The handgun was described as a black, semi-automatic handgun with a vent port on top.

10. Surveillance video from Shell shows SUSPECT-1 entering the store and approaching the victim employee who is cleaning the floor. SUSPECT-1 points a black handgun at the employee's face and escorts him behind the sales counter. He then orders the victim employee to open the cash register. SUSPECT-1 removes the cash drawer and walks back to the customer side of the counter and removes the currency from the drawer, demanding a bag to put the stolen cash in. SUSPECT-1 then exits the store and flees on foot. SUSPECT-1 stole approximately $400 in cash in Robbery #2.

11. On August 21, 2025, investigators contacted the owner of the Shell seeking video footage that was not available earlier in the morning. The owner had reviewed surveillance footage and told investigators that he recognized SUSPECT-1 as a regular customer who had been in the store the day prior (August 20) wearing some of the same clothing but without the face mask. The owner indicated that SUSPECT-1 normally drives a black Jeep Cherokee and often purchases fuel at his store. The owner did not know the name of SUSPECT-1. The owner provided surveillance footage showing the person he believed to be SUSPECT-1.

12. Based on this information, investigators contacted the Phoenix Police Department Desert Operations Center (PPD DOC) who operates and assists with surveillance cameras located at intersections within the city. Investigators requested that

PPD DOC check camera footage at the intersections near the robbery incidents for a black Jeep Cherokee near the times of each incident.

13. PPD DOC located a black Cherokee at 27th Avenue and Missouri Avenue – the location of Robbery #1 – at 12:40 a.m., approximately 10 minutes prior to that robbery. The vehicle was displaying Arizona license plate 0WA24W. PPD DOC also located the same black Cherokee on August 20 at the intersection of 28th Avenue and Cactus Road during the afternoon when SUSPECT-1 was in the Shell Gas Station with no mask on wearing similar clothing.

14. Investigators researched the black Jeep Cherokee with Arizona license plate 0WA24W and found the registered owner to be Jose BARRIGA, DOB: 1974. Investigators then compared the Arizona driver license photo of BARRIGA to surveillance photos of SUSPECT-1 and they appeared to be the same person.

15. On September 3, 2025, investigators located the black Jeep Cherokee at the Spectra Apartments, located at 6033 W. Bethany Home Road in Glendale, Arizona. The vehicle was parked in space 23. Surveillance detectives contacted the management of Spectra Apartments and learned that space 23 belongs to apartment 205. Management identified the registered occupant of apartment 205 as Magdalena Pena, who has family with the last name, "Barriga."

16. During surveillance on September 3, investigators saw a male subject exit apartment 205 and identified him as SUSPECT-1, Jose BARRIGA. Investigators also learned from license plate reader hits that the black Jeep Cherokee has been parked at the Spectra Apartments several nights during the months of August and September 2025. Over the same time period, the black Jeep Cherokee has hit on license plate readers at 59th Avenue and Bethany Home Road numerous times.

17. Investigators attempted to further identify BARRIGA by locating his phone number. In doing so, investigators found a telephone number BARRIGA provided to

4

Phoenix Police in an unrelated incident on May 7, 2025. The phone number was 602-592-0641.

18. On September 17, 2025, investigators conducting surveillance at 6033 W. Bethany Home Road observed BARRIGA in the parking lot working on the black Jeep Cherokee. While surveilling BARRIGA in the parking lot, investigators sent a text message to the 0641 number inquiring about mechanical work. BARRIGA responded to the text message with investigators watching.

19. BARRIGA then immediately called investigators back from the 0641 number, identified himself as Jose, and inquired about what kind of work was needed. This call took place with investigators watching BARRIGA in the parking lot.

20. Additional research into BARRIGA revealed that he has served time in the Arizona Department of Corrections for Attempted Murder, Aggravated Taking Identity of Another, and Unlawful Use of Means of Transportation. He served 21 years in prison for the Attempted Murder conviction. BARRIGA's entry on the Arizona Department of Corrections website lists his height at 5'11" and weight at 190 pounds.

21. On September 24, 2025, United States Magistrate Judge Eileen S. Willett authorized search warrant 25-9418MB for call detail records associated with the 0641 number. The records showed the number as registered to Melissa Shirk, who was identified as BARRIGA'S girlfriend and mother of his child. When plotted, the records showed the cellular device associated with the 0641 number in the general areas of both robberies at the time of the robberies Additionally, and consistent with the Shell manager's statement, the records showed the device in the area of the Shell station the day before Robbery #2.

22. On September 30, 2025 at approximately 3:30 a.m., the black Jeep Cherokee was apparently repossessed by AJR 360 Auto Recovery in Phoenix. The vehicle was towed and is currently stored at 3710 W. Grand Avenue, Phoenix, Arizona 85019. Later on September 30, United States Magistrate Judge Michael T. Morrissey authorized search warrant 25-3366MB to search the repossessed Cherokee. Inside, investigators found

various clothing, some of which appeared similar to clothing used in the robberies (i.e., the hat and red face covering).

23. On September 30, 2025, investigators also learned that BARRIGA had changed his residence. Investigators noticed the Jeep Cherokee registered to BARRIGA had not been at the 6033 W. Bethany Home Road address since September 23 according to GPS records obtained from a state vehicle tracker warrant. Investigators found that the vehicle had been parked at 4731 E. Belleview Street, Phoenix, Arizona 85008 – the Subject Premises – each night since September 24, 2025 until it was repossessed from that location on September 30, 2025 at 3:30 a.m.

24. On September 30, 2025, investigators began surveillance at the Subject Premises and located BARRIGA. Investigators witnessed BARRIGA let himself in and out of the residence numerous times and changing clothes at one point. They also observed Melissa Shirk, BARRIGA's suspected girlfriend, at the residence. See below photos.

 

25. Accordingly, your Affiant seeks this warrant to search the Subject Premises for evidence related to the above robberies. From GPS tracking information and law enforcement surveillance, it appears that BARRIGA has moved from the Bethany Home address to the Subject Premises, where his suspected girlfriend lives. Items located in the Jeep Cherokee also indicated that BARRIGA was in the process of moving.

## AUTHORIZATION REQUEST

25. Based on the foregoing, your Affiant believes there is probable cause to believe the items referenced in Attachment B will be found in the Subject Premises described in Attachment A, as those items are relevant and related to the investigation of criminal violations of 18 U.S.C. § 1951, Hobbs Act Robbery, and 18 U.S.C. § 924 (c), Brandishing a Firearm During and in Relation to a Crime of Violence.

26. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

Respectfully submitted,

*Raymond Pauwels*
Digitally signed by Raymond Pauwels
Date: 2025.10.01 09:32:55 -07'00'

RAYMOND PAUWELS
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me on this _1_ day of October, 2025. *telephonically*

*M Morrissey*

HONORABLE MICHAEL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE